# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161306-7 & (152)(153)(154)(155)(156)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

GREAT LAKES CAPITAL FUND FOR
HOUSING LIMITED PARTNERSHIP XII,
     Plaintiff-Appellee,

v

ERWIN COMPANIES, LLC,
     Defendant-Appellee,

and

STACY ERWIN OAKES,
     Defendant-Appellant.

SC: 161306-7
COA: 349763; 349931
Saginaw CC: 18-035570-CB

_____/

     On order of the Court, the motions for immediate consideration are GRANTED, in part, to the extent that they seek expedited review of the application and the other motions. The request for a stay of proceedings is DENIED. The application for leave to appeal the May 5, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2020



Clerk

s0519